In the Matter of the Petition of HENRY T. HORNIDGE and TITLE GUARANTEE AND TRUST COMPANY, as Trustees, etc., of BENJAMIN FRANKLIN TERWILLIGAR, Deceased, of the Trust for the Benefit of ALICE TERWILLIGAR, to Render and Settle Their Accounts as Such Trustees. GERTRUDE ALICE LECKIE, Appellant;

HENRY T. HORNIDGE and TITLE GUARANTEE AND TRUST COMPANY, as Trustees, etc., of BENJAMIN FRANKLIN TERWILLIGAR, Deceased, of the Trust for the Benefit of ALICE TERWILLIGAR and Others, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to all parties except Ada Hornidge Storm payable out of the estate, upon opinion of Surrogate Wingate.█ Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.